IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

UNITED INVESTORS LIFE INSURANCE
COMPANY                                                                                         PLAINTIFF

V.                                                                     CIVIL ACTION NO. 2:04CV012-B-A

NATIONWIDE LIFE INSURANCE COMPANY
AND/OR NATIONWIDE LIFE INSURANCE
COMPANY OF AMERICA, NATIONWIDE LIFE
AND ANNUITY INSURANCE COMPANY
AND/OR NATIONWIDE LIFE AND ANNUITY
COMPANY OF AMERICA, NATIONWIDE
FINANCIAL SERVICES, INC. AND/OR
NATIONWIDE FINANCIAL CORPORATION                                      DEFENDANTS

## ORDER

In accordance with the memorandum opinion issued this day, it is **ORDERED AND ADJUDGED** that the defendants' motion for summary judgment is **GRANTED**, and this case is **DISMISSED with prejudice**.

This, the 15th day of June, 2006.

/s/ Neal Biggers

**NEAL B. BIGGERS, JR.**
**SENIOR U.S. DISTRICT JUDGE**